U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE M. BURTOVOY AND DANIEL G. BURTOVOY,<br><br>    Plaintiffs,<br>v.<br><br>JP MORGAN CHASE N.A., AMERICAN MORTGAGE NETWORK INC., WACHOVIA MORTGAGE CORPORATION, NDEX WEST LLC, STEWART TITLE COMPANY, DOES 1-100,<br><br>    Defendants. | CASE NO.:  2:10-CV-02497-MCE-JFM<br><br>ORDER ALLOWING COUNSEL FOR DEFENDANT WACHOVIA MORTGAGE CORPORATION TO TELEPHONICALLY ATTEND MOTION TO DISMISS<br><br>Date: November 18, 2010<br>Time: 2:00 pm<br>Place: Courtroom 7, 14th Floor<br><br>Judge:    Hon. Morrison C. England, Jr.<br><br>Complaint Filed:  May 21, 2010 |

Pursuant to the written request by counsel for defendant WACHOVIA MORTGAGE CORPORATION to telephonically attend its Motion to Dismiss, set for November 18, 2010, this Court hereby grants such request.  Counsel are to be available at the following number at the time of the hearing:  707-522-1100, ext. 1126.

DATED: November 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE