UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JULIE M. BURTOVOY and                                   No. 2:10-cv-02497-MCE-JFM
DANIEL G. BURTOVOY,

        Plaintiffs,

  v.                                                                            ORDER

JP MORGAN CHASE, N.A., et al.,

        Defendants.

----oo0oo----

Upon no Amended Complaint filed by Plaintiffs pursuant to the Court's previous Order (ECF No. 20), the case is dismissed with prejudice. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: January 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1